**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 6, 2023

**BY ECF**

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
New York, NY 10007

**Re: United States v. Jason Cardoza**
   **22 Cr. 468 (JLR)**

Dear Judge Rochon:

     I write on behalf of my client Jason Cardoza to respectfully request that the Court modify Mr. Cardoza's bail conditions from home detention to curfew hours to be set at the discretion of Pretrial Services. On June 1, 2023, the defense received an email from Pretrial Services Officer Ashley Cosme requesting that the defense seek modification of his bail conditions to a curfew, which will allow Mr. Cardoza to attend his mother's medical appointments and better assist her with errands and other needs. See Exhibit A, Email from Pretrial Officer Ashley Cosme. Mr. Cardoza has been in full compliance with the terms of his home detention since his arrest in this matter. Given his compliance, AUSA Thomas Burnett has informed defense counsel that the Government has no objection to the modification.

     Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marisa K. Cabrera
Assistant Federal Defender
Tel.: (212) 417-8730

The within request is GRANTED.
Mr. Cardoza's pretrial supervision is modified from home detention to curfew.

Dated:  June 6, 2023
         New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**SO ORDERED:**

_____
**HONORABLE JENNIFER L. ROCHON**
**United States District Judge**

cc: Thomas Burnett, Esq., Assistant United States Attorney
   Jonathan Bodansky, Esq., Assistant United States Attorney

| | |
|---|---|
| **From:** | Ashley Cosme |
| **To:** | Jessica Freedman; Marisa Cabrera |
| **Cc:** | Madalyn Toledo |
| **Subject:** | Jason Cardoza |
| **Date:** | Thursday, June 1, 2023 5:56:36 PM |

Hi Jessica and Marisa,

Being that Jason has remained in compliance and is now working, I think it would be beneficial to place him on a curfew with curfew hours to be at our discretion. I think it would be helpful for him to accompany his mom to medical appointments etc. Please let me know if you intend to petition the court.

Thank you,
Ashley Cosme