**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 29, 2023

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Jason Cardoza,
      22 Cr. 468 (JLR)

Dear Judge Rochon:

I write with the consent of the government to respectfully request that the recently rescheduled November 7, 2023 sentencing date in Mr. Cardoza's case be adjourned to November 9, 2023 as defense counsel will be unavailable on November 7, 2023 for personal reasons. I have spoken with AUSA Jonathan Bodansky, who informed me that November 9, 2023 works for his schedule as well.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Marisa Cabrera
Assistant Federal Defender
(212) 417-8730

cc:   AUSA Jonathan Bodansky

Application GRANTED.  The sentencing is adjourned to November 9, 2023 at 10:00 A.M.

Dated: August 29, 2023
       New York, New York

SO ORDERED:

*Jennifer Rochon*
THE HONORABLE JENNIFER ROCHON
United States District Judge